**Kenneth J. HAUGEN, Plaintiff–Appellant,**

v.

**Rochelle BROSSEAU; Puyallup Police Department; The City of Puyallup, Defendants–Appellees.**

No. 01–35954.

United States Court of Appeals, Ninth Circuit.

Feb. 3, 2004.

Randy W. Loun, Esq., Loun & Tyner, Bremerton, WA, for Plaintiff–Appellant.

Mary Ann McConaughy, Esq., Keating Bucklin & McCormack Inc. P.S., Seattle, WA, for Defendants–Appellees.

Before REINHARDT, W. FLETCHER, and GOULD, Circuit Judges.

## ORDER

The judgment of this court, 351 F.3d 372 (9th Cir.2003), was reversed by the United States Supreme Court. We remand to the district court for further proceedings consistent with the decision of the Supreme Court. *See Brosseau v. Haugen,* —— U.S. ——, 125 S.Ct. 596, 160 L.Ed.2d 583 (2004).